FREDERICK KNOTHE, APPELLANT, *v.* MARY KAISER, RESPONDENT.

*Guardian — liability of.*

Where a general guardian of a minor leases year after year his ward's property in an unusual manner, and at times of the year when there is a limited demand for it (in this case by auction in the month of January), at a rent much less than the rental value of the property, he is properly chargeable, on an accounting before the surrogate, with the difference between the value of the rent of such property and the amount of rent actually received by him. In such case, he is also properly chargeable with the contestant's costs on the accounting.

APPEAL from a decree of the surrogate of Erie county, made upon an accounting of the appellant as general guardian of the respondent and others.

*George Wing,* for the appellant.

*Charles W. Goodyear,* for the respondent.

Opinion by MULLIN, P. J.

Decree affirmed, with costs to be paid by the appellant.